UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY KNIGHT,

    PETITIONER,

-vs-                                      Case No. 1:16-cv-00135-WTH-EMT

JULIE JONES,

    RESPONDENT.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 22, 2017. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 17. I have made a *de novo* review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 16, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter the following judgment: "The petition for writ of habeas corpus, Doc. 1, is **DENIED**. A certificate of appealability is **DENIED**."

3. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 17th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE